# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALBERT FERGINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.:  22-CV-1177-W-WVG<br><br>**ORDER FOLLOWING VIDEO DISCOVERY CONFERENCE** |

   On April 19, 2023, this Court convened a Video Discovery Conference pursuant to the Court's April 17, 2023, Order. (Doc. No. 22.) Plaintiff and his attorney, Mark Raftery, appeared. Defense counsel, Hillary Marks, was also present. The Court addressed a dispute the Parties jointly raised to this Court's Chambers on April 17, 2023, in compliance with this Court's Civil Chambers Rule IV. At the time of the April 17, 2023, telephonic conference with Chambers, Plaintiff disputed the necessity of a protective order in this matter. Plaintiff's position departed from the Parties' agreement at the Rule 26(f) and Case Management Conferences to enter into a protective order to safekeep the Parties' confidential documents from public disclosure. Plaintiff did not provide justification for his change of heart. Later that same day, the Court issued a tentative ruling on the discovery dispute accordingly. (Doc. No. 22.)

1  At today's Video Discovery Conference, Plaintiff averred he now agrees to enter into a protective order with Defendant. Further, Plaintiff represented he was prepared to execute today Defendant's proposed protective order, as served on Plaintiff's counsel in December 2022. Defense counsel indicated Defendant remained amenable to Plaintiff's prompt execution of Defendant's proposed protective order. Accordingly, the Court finds the discovery dispute is now moot. To that end, the Court ORDERS the Parties to file, **no later than 5:00 p.m. today, April 19, 2023**, a Joint Motion for Entry of Protective Order. The Parties are also ORDERED to lodge by such date and time an accompanying proposed order in Microsoft Word format containing the entirety of the Parties' proposed protective order language. The Court shall swiftly issue an order on the Parties' forthcoming Joint Motion for Entry of Protective Order, particularly in view of the fast-approaching **April 28, 2023**, fact discovery cut-off.

IT IS SO ORDERED.

DATED: April 19, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge