UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALBERT FERGINS,<br><br>                                        Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., and DOES 1 through 100,<br><br>                                        Defendants. | Case No.:  22-CV-1177-W-WVG<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE EXPERT DISCOVERY CUT-OFF**<br><br>[Doc. No. 31] |

On August 24, 2023, Plaintiff Charles Albert Fergins ("Plaintiff") and Defendant Amazon Web Services, Inc. ("Defendant") filed a joint motion to continue the expert discovery deadline currently set for today, August 25, 2023. Doc. No. 31. In their joint motion, the parties request that the Court continue the expert discovery deadline to September 22, 2023 "[c]onsidering Plaintiff's current medical condition and

1

hospitalization." *Id.* at 3.  The parties' joint motion leaves the Court pondering the following questions:

- Why was this joint motion filed only one day before the current expert discovery deadline—in violation of Section VII of Judge Gallo's Civil Chambers Rules—when Plaintiff's counsel advised Defendant's counsel of Plaintiff's experts' unavailability on August 22, 2023?
- If Defendant's counsel timely noticed its depositions on August 4, 2023 for August 23 and 24, 2023, why did Plaintiff's counsel wait almost three weeks to tell Defendant that Plaintiff's experts were unavailable?
- What does/did Plaintiff's medical condition have to do with the parties' ability to timely complete *expert* discovery?
- If Plaintiff's medical condition did influence the parties' ability to conduct expert discovery, why did the parties neglect to include a request to continue the deadline for expert discovery in their previous request to amend the scheduling order, Doc. No. 29?

Because the Court is convinced that the parties would not be able to provide a satisfactory answer to any of the questions above, the Court does not find good cause to grant the parties' requested extension of time in its entirety.  Instead, the Court **GRANTS in part** the parties' joint motion.  As such, all expert discovery must be completed by all parties by **September 1, 2023**.

**IT IS SO ORDERED**.

Dated:  August 25, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge