UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALBERT FERGINS,<br><br>                                    Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., and<br>DOES 1 through 100,<br><br>                                    Defendants. | Case No.:  22-CV-1177-W-WVG<br><br>**ORDER SETTING VIDEO STATUS CONFERENCE RE: EX PARTE MOTION TO REOPEN EXPERT DISCOVERY**<br><br>[Doc. No. 34] |

On September 29, 2023, Plaintiff Charles Albert Fergins ("Plaintiff") filed an *Ex Parte* Motion to Reopen Expert Discovery.  Doc. No. 34.  Defendant Amazon Web Services, Inc. has yet to file a response.  Upon review of Plaintiff's motion, the Court hereby SETS an **attorneys-only** Video Status Conference for tomorrow, **October 3, 2023** at **2:30 p.m.** before U.S. Magistrate Judge Wiliam V. Gallo.  The Court will provide counsel with the Zoom information forthwith.  In addition, Defendant shall file its opposition, if any, to Plaintiff's motion no later than 5:00 p.m. today, **October 2, 2023**.

**IT IS SO ORDERED**.

Dated:  October 2, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge